AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America<br>v.<br>Mauricio Andrade-Garcia<br><br>Defendant | ) ) ) ) ) ) ) | Case No. CR-23-1024-PHX-DLR<br><br>~~SEALED~~ |

FILED / RECEIVED
AUG 0 9 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Mauricio Andrade-Garcia,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

8:1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) - Conspiracy to Transport Illegal Aliens for Profit

ISSUED ON 11:23 am, Jul 06, 2023
s/ Debra D. Lucas, Clerk

*Issuing officer's signature*

City and state:   Phoenix, Arizona           M. Pruneau, Deputy Clerk
                                              *Printed name and title*
cc: PTS

### Return

This warrant was received on *(date)* 7/31/2023, and the person was arrested on *(date)* 8/2/2023
at *(city and state)* Heber City Utah

Date: 8/2/2023

*Arresting officer's signature*

Jared Hatch  Special Agent
*Printed name and title*