GARY M. RESTAINO
United States Attorney
District of Arizona
CHRISTINE D. KELLER
Assistant United States Attorney
Illinois State Bar No. 6281316
Two Renaissance Square
40 North Central Avenue, Ste. 1800
Phoenix, Arizona 85004 4408
Telephone (602) 514-7500
Email: Christine.Keller@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                     Plaintiff,<br><br>     vs.<br><br> Mauricio Andrade-Garcia,<br><br>                     Defendant. | No. 23-CR-1024-PHX-DLR<br><br>**SENTENCING MEMORANDUM** |

The United States, through undersigned counsel, respectfully submits this Sentencing Memorandum and respectfully requests that the court grant a downward variance and sentence Defendant to 15 months' imprisonment followed by three years of supervised release.

## I.  FACTUAL SUMMARY

In 2022, Defendant recruited drivers on Snapchat to drive undocumented non-citizens (UNCs) and smuggling loads with multiple drivers. (PSR ⁋⁋ 6-11.) Defendant recruited individuals with promises of "big pay" for "easy jobs" on "safe routs" and posted images displaying large amounts of money. *Id.* at ⁋ 6. While Defendant's social media indicates he was frequently recruiting drivers, two confirmed smuggling loads have been associated with him. First, co-conspirators Rice and Champion transported six UNCs

(including two unaccompanied minors) for Defendant and wrecked their vehicle while fleeing from law enforcement. *Id.* at ⁋ 8. The following month, Defendant was involved in co-conspirator Salvador Robles, Jr.'s transportation of seven UNCs while possessing two loaded firearms. *Id.* at ⁋ 9.

## II. SENTENCING RECOMMENDATION

While Defendant's offense level (18) and his criminal history category (II) provide for a guidelines range of 30-37 months, the government has no objection to the probation officer's request for a downward variance to allow for a sentence of imprisonment of 15 months, less than half of the maximum sentence available under the plea agreement. Such a variance is supported by Defendant's age, role, and minor criminal history.

This five-level variance is sufficient but not greater than necessary to satisfy the statutory purposes of sentencing. However, no additional mitigating factors have been provided that would support the defense's request for what amounts to a *13-level* variance needed to impose a sentence of probation. This is a serious crime that the Defendant committed with reckless abandon that ultimately put UNCs in danger when you consider that one co-conspirator had loaded firearms and the others wrecked their vehicle when fleeing from law enforcement. It is only by luck and happenstance that no one was seriously injured by the individuals Defendant recruited to commit crimes while he sat back and collected money believing he was shielded from law enforcement detection.

Additionally, the relative culpability of Defendant (who actively recruited the drivers) versus the drivers themselves supports that Defendant should receive a proportional sentence for his stipulated role as a manager in this offense. Here, a co-conspirator in the November 2022 smuggling event received a prison term of 15 months (*United States v. Champion*, 23-CR-00108-RM-EJM, United States District Court for the District of Arizona (Tucson Division); Dkt. #60) while the co-conspirator in the December 2022 smuggling event received a prison term of 18 months (*United States v. Robles*, 23-CR-00482-JCH; United States District Court for the District of Arizona (Tucson Division);

Dkt. #46).[1] It would not serve the interests of justice for the individual who recruited these drivers and made money from their smuggling activities to receive a probation sentence while the transporters themselves serve time in prison. Moreover, such a sentencing disparity would not serve to promote general deterrence.

## III.    CONCLUSION

Based on the foregoing, the government requests that the Court accept the parties plea agreement and sentence Defendant to 15 months' imprisonment followed by three years of supervised release.

Respectfully submitted this 1st day of August, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona


 *s/ Christine D. Keller*
CHRISTINE D. KELLER
Assistant U.S. Attorney

---

[1] Only Rice received a sentence of probation, but she was deemed a lesser participant who was acting at Champion's direction.